UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates to:**

| | |
|---|---|
| *Elizabeth White v. Bayer Corporation, et al.* | No. 10-cv-10787-DRH |
| *Kathleen Ellis v. Bayer Corporation, et al.* | No. 13-cv-10842-DRH |
| *Stephanie Fecko v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10757-DRH |
| *Virginia Ferreira v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11446-DRH |
| *Corinne J. Hale v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11616-DRH |
| *Sheila Dovichow v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10011-DRH |
| *Robyn Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10613-DRH |
| *Marquitta I. Keen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11145-DRH |
| *Irene McLamb, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10644-DRH |
| *Kristen Pestrichelli v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10061-DRH |
| *Yvette Pigman, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10491-DRH |
| *Megan Bishoff v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10190-DRH |
| *Emily Gray v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10195-DRH |

| | |
|---|---|
| *Lucy Hamlin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11494-DRH |
| *Kimberly Hixon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10193-DRH |
| *Cari Jansen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12669-DRH |
| *Elizabeth Stroble v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10216-DRH |
| *Kelly McCann v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10325-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 9, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.11
12:36:35 -05'00'

APPROVED:
  DISTRICT JUDGE
  U. S. DISTRICT COURT